APPEAL No. 74-301. THE GREAT A & P TEA Co. v. ANTHONY P. CALISE. Motion of appellee to affirm the decree of the Workmen's Compensation Commission under Rule 16(g), as amended, is granted. *Hinckley, Allen, Salisbury & Parsons, Thomas J. Hogan, Robert W. Lovegreen,* for appellee. *Anthony E. Grilli, Paul J. DiMaio,* for appellant.

APPEAL No. 74-316. WILBURN E. TURNER *et al.* v. DOMESTIC INVESTMENT AND LOAN CORPORATION. Motion of defendant-appellant to supplement the record by filing the transcript of the proceedings before Justice Kiely on January 14, 1970 in the Superior Court is granted. Defendant-appellant's motion for an extension of time as prayed is granted. *Cohen & Chaika, Elliot S. Cohen,* for defendant-appellant.

APPEAL No. 75-18. WILLIAM GRANGER *et al.* v. WALTER JOHNSON. Motion of plaintiff-appellees to dismiss the appeal is denied without prejudice to their right to renew the motion at the hearing on the merits. *Blais, Cunningham, Thayer, Gagnon & Ross, Ronald R. Gagnon,* for plaintiffs-appellees. *Francis J. O'Brien,* for defendant-appellant.

March 3, 1975.

APPEAL No. 74-306. BRISTOL SCHOOL DEPARTMENT v. STATE OF RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Defendants are hereby ordered to show cause why the appeal in the above-entitled matter should not be dismissed for this court's lack of jurisdiction. *Savings Bank of Newport v. Hawksley,* 103 R. I. 741, 241 A.2d 806 (1968); *Buffi v. Ferri,* 106 R. I. 349, 259 A.2d 847; *Clark v. Fascio,* 106 R. I. 751, 264 A.2d 317 (1970). Defendants have twenty days from the date of this order to submit a memorandum in support of their appeal. *Anthony R. Berretto,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Natale L. Urso,* for Margaret Nunes.